RICCARDO I. AMBROGIO *v.* BEAVER ROAD ASSOCIATES ET AL.

The petition by the defendant Paul DiMascio Construction Company, Inc., for certification for appeal

from the Appellate Court, 71 Conn. App. 576 (AC 21448), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the plaintiff was not precluded, as a matter of law, from recovering lost profits for breach of his construction contract with the defendant?"

The Supreme Court docket number is SC 16853.

*Thomas P. Chapman*, in support of the petition.

*Barbara A. Frederick* and *Richard S. Order*, in opposition.

Decided October 9, 2002